| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Shane Allen Dickens<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5293<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** Tracy Nicole Dickens<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7249<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Kansas | Date case filed for chapter: 13  3/29/23 | |
| Case number / Presiding Judge: 23–20326 / Robert D. Berger | Date Notice Issued: 3/30/23 | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

11/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 8 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 26, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at the Meeting of Creditors. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | **Location:**<br>**Phone Number: (877) 991–1709,**<br>**Access Code: 5087285#** |
| | | **About Debtor 1:** | **About Debtor 2:** |
| 2. | **Debtor's full name** | Shane Allen Dickens | Tracy Nicole Dickens |
| 3. | **All other names used in the last 8 years** | | |
| 4. | **Address** | 4925 Andrson St.<br>Shawnee, KS 66226 | 4925 Andrson St.<br>Shawnee, KS 66226 |
| 5. | **Debtor's attorney**<br>Name and address | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062 | Contact phone 913–422–0909 |

**For more information, see page 2**

Official Form 309I  Notice of Chapter 13 Bankruptcy Case  page 1

| | | |
|---|---|---|
| **6. Bankruptcy trustee**<br>Name and address | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | Contact phone 913-677-1311 |
| **7. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at<br>　https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM<br>Monday – Friday<br>Contact phone (913) 735-2110 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/26/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/7/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/25/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc/ or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/23/23** at **09:30 AM**, Location: **Robert J Dole US Courthouse, 500 State Avenue Room 151, Kansas City, KS 66101** | |
| **10. Objection to Plan** | A plan is not effective unless approved by the bankruptcy court at a confirmation hearing. Objections to the plan shall be filed 7 days before the confirmation hearing. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **14. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

In re:  
Shane Allen Dickens  
Tracy Nicole Dickens  
    Debtors

Case No. 23-20326-RDB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: 309I | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Allen Dickens, Tracy Nicole Dickens, 4925 Andrson St., Shawnee, KS 66226-3836 |
| 9849722 | + | AIH Receivable Management Serv, PO Box 70, Mission KS 66201-0070 |
| 9849720 | + | Achieve Personal Loans, 4940 S Wendler, Tempe AZ 85282-6320 |
| 9849723 | + | AmeriAssist, 445 Hutchinson Ave Ste 500,, Columbus OH 43235-8616 |
| 9849725 | + | Aplomb Martial Arts Lenexa, 14920 W 87th St Pkwy, Lenexa KS 66215-4159 |
| 9849727 | + | Avant, 222 W Merchandise Mart Plaza, Ste. 900, Chicago IL 60654-1105 |
| 9849729 | + | Blitt & Gaines PC, 6804 W. 107th Street, Ste 150, Overland Park KS 66212-1759 |
| 9849730 | + | Blush Boot Camp, 4603 W 90th St,, Overland Park KS 66207-2304 |
| 9849732 | | Bridgecrest Acceptance Corp, 7300 E Hampton Ave, Ste 101, Phoenix AZ 85029 |
| 9849740 | + | Consumer Collection Management, PO Box 1839, Maryland Heights MO 63043-6839 |
| 9849741 | + | Consumer Collection Management, 2333 Grissom Dr, Ste. 100, Saint Louis MO 63146-3322 |
| 9849742 | + | Corporation Service Company, 2900 SW Wanamaker Dr, Ste. 204, Topeka KS 66614-4188 |
| 9849744 | + | Cyber Backer, 2447 Kiesel Ave.,, Ogden UT 84401-2306 |
| 9849745 | + | Imagine Homes Management LLC, 909 Davis St, Ste. 500, attn: Jordan Wilson, Evanston IL 60201-3645 |
| 9849754 | + | MRC/United Wholesale Mortgage, 8950 Cypress Waters, Suite 100, Coppell TX 75019-4620 |
| 9849752 | + | Molly Maid of Johnson County, 6495 Quivira Rd Suite D,, Shawnee KS 66216-2745 |
| 9849753 | + | Move Sales Inc.dba Realtor.com, 3315 Scott Blvd. Suite 250, Santa Clara CA 95054-3139 |
| 9849755 | + | Physician Now Urgent Care, 22334 W 66th St, Shawnee KS 66226-3560 |
| 9849756 | | Retina Associates, 8600 Quivira Rd, Ste. 100, Lenexa KS 66215-2857 |
| 9849758 | + | Royal Neighbors of America, 230 Sixteenth St,, Rock Island IL 61201-8645 |
| 9849759 | | Santander Consumer USA, PO Box 961211, Terrell TX 75161 |
| 9849764 | | United States SBA, District Counsel, US SmalL Business Adm 10675, Bedord Ave Ste. 100, Omaha NE 68142-7000 |
| 9849766 | + | Woodonia Homes Association, 4200 Somerset Drive Suite 21, c/o Doug Luther, agent, Prairie Village KS 66208-5217 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: blay@wagonergroup.com | Mar 30 2023 20:23:00 | Ryan A Blay, WM Law, 15095 W 116th St, Olathe, KS 66062 |
| tr | | Email/Text: tsigler@13trusteekc.com | Mar 30 2023 20:24:00 | William H Griffin, 5115 Roe Blvd Ste 200, Roeland Park, KS 66205-2393 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Mar 30 2023 20:23:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 9849724 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 20:39:10 | American First Finance, 7330 W. 33rd Street North, Suite 112, Wichita KS 67205-9370 |
| 9849726 | + | Email/Text: bk@avant.com | Mar 30 2023 20:23:00 | Avant, 640 Lasalle, Suite 535, Chicago IL 60654-3731 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 9849728 | + | EDI: BANKAMER.COM | Mar 31 2023 00:12:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 9849731 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 30 2023 20:23:00 | Bridgecrest, PO Box 29018, Phoenix AZ 85038-9018 |
| 9849736 | | Email/Text: CMHBankruptcy@cmh.edu | Mar 30 2023 20:23:00 | Children's Mercy Hospital, C/o Finance / Billing, 2401 Gillham Rd,, Kansas City MO 64108 |
| 9849735 | | Email/Text: CMHBankruptcy@cmh.edu | Mar 30 2023 20:23:00 | Children's Mercy Hospital, PO Box 804435, Kansas City MO 64180-4435 |
| 9849721 | | Email/Text: jcarlick@crossriver.com | Mar 30 2023 20:23:00 | Affirm, 885 Teaneck Rd, Teaneck NJ 07666 |
| 9849733 | + | EDI: CAPITALONE.COM | Mar 31 2023 00:12:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9849734 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 30 2023 20:23:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago IL 60604-2863 |
| 9849738 | + | Email/Text: cacubankruptcy@cacu.com | Mar 30 2023 20:23:00 | CommunityAmerica CU, 11125 Ambassador Drive, Ste. 1, Kansas City MO 64153-2057 |
| 9849737 | + | Email/Text: cacubankruptcy@cacu.com | Mar 30 2023 20:23:00 | CommunityAmerica CU, PO Box 15950, Lenexa KS 66285-5950 |
| 9849739 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Mar 30 2023 20:23:00 | Computer Credit Inc, 470 West Hanes Mill Road, PO Box 5238, Winston Salem NC 27113-5238 |
| 9849740 | + | Email/Text: accountservices@consumercollection.com | Mar 30 2023 20:23:00 | Consumer Collection Management, PO Box 1839, Maryland Heights MO 63043-6839 |
| 9849741 | + | Email/Text: accountservices@consumercollection.com | Mar 30 2023 20:23:00 | Consumer Collection Management, 2333 Grissom Dr, Ste. 100, Saint Louis MO 63146-3322 |
| 9849743 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 30 2023 20:27:18 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 9849746 | | EDI: IRS.COM | Mar 31 2023 00:12:00 | Internal Revenue Service, Centralized Insolvency Ops, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 9849747 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Mar 30 2023 20:24:00 | Kansas Department of Revenue, PO Box 12005, Attn: Civil Tax Enforcement, Topeka KS 66601-3005 |
| 9849748 | ^ | MEBN | Mar 30 2023 20:20:00 | Lending Point LLC, 1201 Roberts Blvd, Building B200, Kennesaw GA 30144-3612 |
| 9849750 | | Email/Text: EBN@Mohela.com | Mar 30 2023 20:23:00 | MOHELA Department of Education, 633 Spirit Dr, Chesterfield MO 63005 |
| 9849751 | | Email/Text: EBN@Mohela.com | Mar 30 2023 20:23:00 | MOHELA/DEPT OF ED, 633 SPIRIT DRIVE, Chesterfield MO 63005 |
| 9849749 | + | Email/Text: bknotices@mbandw.com | Mar 30 2023 20:23:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Bedford OH 44146-1807 |
| 9849760 | + | Email/Text: bkinfo@ccfi.com | Mar 30 2023 20:23:00 | Speedy Cash, PO Box 782260, Attn: Bankruptcy, Wichita KS 67278-2260 |
| 9849761 | | EDI: RMSC.COM | Mar 31 2023 00:12:00 | Syncb/Paypal, PO Box 965005, Orlando FL 32896-5005 |
| 9849762 | + | EDI: RMSC.COM | Mar 31 2023 00:12:00 | Syncb/Paypal Credit Card, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 9849763 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2023 20:23:00 | TBOM/FORTIVA MC, PO Box 105555, Atlanta GA 30348-5555 |
| 9849765 | | Email/Text: bankruptcies@uplift.com | Mar 30 2023 20:23:00 | UpLift, 440 N. Wolfe Road, Sunnyvale CA 94085 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9849757 | ##+ | RMS, PO Box 361598, Columbus OH 43236-1598 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ryan A Blay | on behalf of Joint Debtor Tracy Nicole Dickens blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| Ryan A Blay | on behalf of Debtor Shane Allen Dickens blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 4